**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1666**

———————

In re:  GARY CURBOW,

        Petitioner.

———————

On Petition for Writ of Habeas Corpus.

———————

Submitted:  January 30, 2026                    Decided:  February 5, 2026

———————

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Transferred by unpublished per curiam opinion.

———————

Gary Curbow, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Curbow filed in this court an original petition for a writ of habeas corpus challenging his civil commitment. "An application for a writ of habeas corpus must be made to the appropriate district court. If made to a circuit judge, the application must be transferred to the appropriate district court." Fed. R. App. P. 22(a). Although we deny Curbow's motion for appointment of counsel, we transfer the petition to the District Court for the Eastern District of North Carolina. *See* 28 U.S.C. § 1631. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*TRANSFERRED*

2